JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SMITH;<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1-10, Inclusive<br><br>        Defendants. | Case No.: 5:17-cv-02543-JLS-KK<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>[Filed concurrently with Stipulation for Entry of Dismissal of Action with Prejudice Pursuant to FRCP 41(a)]<br><br>Judge: Josephine L. Staton<br>Courtroom: 10A |

## ORDER

FOR GOOD CAUSE APPEARING, it is hereby ORDERED that the action on file herein shall be dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice. Each side will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 11/05/2018_____     JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE

- 1 -
ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. 5:17-CV-02543-JLS-KK